UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GALLEGOS,<br><br>  Plaintiff,<br><br>  v.<br><br>TYSON POGUE, et al.,<br><br>  Defendants. | Case No. 1:25-cv-0227 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 6) |

Johnny Gallegos, a former county jail inmate, initiated this action by filing a complaint and motion to proceed *in forma pauperis* on February 20, 2025.  (Docs. 1, 2.)  The following day, the Court issued its new case documents.  (Doc. 3.)  However, the U.S. Postal Service returned the mail as "Undeliverable, Return to Sender, Not in Custody" on February 26, 2025.  The Postal Service has returned all mail from the Court in this action, and Plaintiff did not provide a notice of change of address.

The magistrate judge found Plaintiff failed to comply with the Local Rules— which require him to keep the Court informed of a proper mailing address— and failed to prosecute this action. (Doc. 6.)  The magistrate judge found terminating sanctions are appropriate, after considering the factors identified in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987).  (*Id.* at 2-4.)  Therefore, the magistrate judge recommended the Court dismiss the action without prejudice.  (*Id.* at 4.)

1

1    The Court served the Findings and Recommendations at the only address on record for Plaintiff and informed him that any objections were due within 14 days. (Doc. 6 at 5.) However, the Postal Service again returned the mail as "Undeliverable, Not in Custody" on July 8, 2025. Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f).

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued June 23, 2025 (Doc. 6) are **ADOPTED** in full.
2. This matter is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to this case.

IT IS SO ORDERED.

Dated:   **July 15, 2025**                                  /s/ Jennifer L. Thurston
                                                            UNITED STATES DISTRICT JUDGE

2